PD-0669-15

NO. _____

PD-0669-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/26/2015 5:17:23 PM
Accepted 7/1/2015 9:22:25 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| DAMIEN GUERRERO. | § | IN THE TEXAS |
| | § | |
| VS. | § | COURT OF CRIMINAL |
| | § | |
| STATE OF TEXAS | § | APPEALS |

## UNOPPOSED MOTIONTO EXTEND TIME TO FILE PETION FOR DISCRETIONARY REVIEW:

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Danien Guerrero, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. In this proceeding Appellant seeks review of the decision of the Second Court of Appeals, in  Damien Guerrero vs. STATE OF TEXAS ,  cause number o2-13-00611.

3.    On June 1, 2015, appellant submitted  a Petition for Review. Due to errors by the undersigned counsel, the filing was returned unfiled on June 2, 2015, and appellant was granted ten days to submit a corrected petition, which was June 12, 2015. The efiletexas.gov filing returned was envelope 5500297.

7.    This motion is filed within 15 days of the  ten day extension that the

court permitted when the filing was rejected, and therefore is timely pursuant to Rule 68.2 ( c ), T.R.A.P.

8. Defendant is currently incarcerated.

9. Appellant seeks an extension to Monday, June 29, 2015 to file the corrected Petition for Discretionary Review.

9. Appellant relies on the following facts as good cause for the requested extension:

- Counsel for Appellant did not intentionally fail to timely file, but after filing a Petition that was defective, inadvertently overlooked the email informing him that the filing was rejected, and therefore did not timely file the corrected petition.

- Assistant District Attorney, Helena Faulk of the Tarrant County Criminal District Attorney's office has indicated by telephone that she has no objection to an extension being granted.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Barry G. Johnson

BARRY G. JOHNSON
2821 E. Lancaster
Fort Worth, Texas 76103
Tel: (817) 531-9665
Fax: (817) 534-9888
barrygj@aol.com
State Bar No. 10683000
Attorney for Damien Guerrero

## CERTIFICATE OF SERVICE

I certify that on June  26, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Tarrant

County, Texas, by email to coaappellatealerts@tarrantcounty.com .

/s/ Barry G. Johnson

BARRY G. JOHNSON